UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Madison Kathleen Sanderford**           **Docket No. 7:16-MJ-1151-1RJ**

### Petition for Action on Probation

COMES NOW Erik J. Graf, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Madison Kathleen Sanderford, who upon an earlier plea of guilty to Driving While Impaired – Level III, in violation of NCGS § 20-138.1 and 18 U.S.C. § 13-7210, was sentenced by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, on January 3, 2017, to 12 months probation under the conditions adopted by the court.

On February 23, 2017, the Court was informed that on February 7 and February 14, 2017, Sanderford incurred positive readings on her Soberlink device detecting her use of alcohol. Sanderford was given a written reprimand from the probation office and allowed to continue substance abuse treatment in the Intensive Outpatient Program at Coastal Horizons.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On March 31, and April 5, 2017, Sanderford incurred positive readings on her Soberlink device detecting her use of alcohol. Sanderford denied using alcohol.

It is recommended that Sanderford remain on probation supervision, continue her Intensive Outpatient Program for substance abuse treatment, submit to cognitive behavioral training techniques, and participate in the Remote Alcohol Monitoring Program for an additional 90 days at her expense; this term to begin at the expiration of the 90 day term imposed by the Court at her sentencing on January 3, 2017.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall abide by all terms and conditions of the Remote Alcohol Monitoring Program, as directed by the probation officer, for a period not to exceed 90 consecutive days beginning on April 26, 2017. The defendant must pay all of the cost of the program.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                          I declare under penalty of perjury that the foregoing
                                                is true and correct.


/s/ Robert L. Thornton                          /s/ Erik J. Graf
Robert L. Thornton                              Erik J. Graf
Supervising U.S. Probation Officer              U.S. Probation Officer
                                                2 Princess Street, Suite 308
                                                Wilmington, NC 28401-3958
                                                Phone: 910-679-2031
                                                Executed On: April 11, 2017

## ORDER OF THE COURT

Considered and ordered this ___/ 4___ day of ___April___, 2017, and ordered filed and made a part of the records in the above case.

Robert B. Jones, Jr.
U.S. Magistrate Judge